1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DEEJANEA EDWARDS,                    Case No.  1:21-cv-01726-AWI-BAK (EPG)

12              Plaintiff,

13         v.                              ORDER GRANTING MOTION TO
                                           PROCEED *IN FORMA PAUPERIS*
14    DEPARTMENT OF HUMAN SERVICES,
      et al.,

15              Defendants.                (ECF No. 2)

16

17

18         Plaintiff DeeJanea Edwards is proceeding *pro se* in this action.  On December 6, 2021,

19    Plaintiff submitted a motion to proceed *in forma pauperis*.  (ECF No. 2.)  Plaintiff has made the

20    requisite showing under 28 U.S.C. § 1915(a).  Accordingly, her motion to proceed *in forma*

21    *pauperis* is GRANTED.

22

      IT IS SO ORDERED.

23

24        Dated:   **May 23, 2022**                  /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                           1