UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEJANEA EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HUMAN SERVICES, et al.,<br><br>　　　　Defendants. | Case No.: 1:21-cv-01726-AWI-BAK (EPG)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS<br><br>[21-DAY DEADLINE] |

On December 14, 2021, the Court dismissed the complaint and directed the plaintiff to file a first amended complaint within thirty days. (ECF No. 3.) More than thirty days have passed, and the plaintiff has not filed a first amended complaint.[1]

The Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets" and, in exercising that power, may impose sanctions, including dismissal of an action. *Thompson v. Housing Auth., City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action based on a party's failure to prosecute an

---

[1] The Court notes that after the mailed order was returned as undeliverable, a notice of change of address was filed (ECF No. 5), and the order was re-served by mail on April 18, 2022.

1

action, obey a court order, or comply with local rules.  *See*, *e.g.*, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with a court order to amend a complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130-31 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, the Court **ORDERS** the plaintiff to show cause in writing, **within 21 days** of the date of service of this order, why this action should not be dismissed for failure to comply with the Court's orders.  Alternatively, within that same time, the plaintiff may file a first amended complaint.

**The failure to comply with this order will result in a recommendation that the Court dismiss the action.**

IT IS SO ORDERED.

Dated:   **May 23, 2022**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

2