UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEJEANA EDWARDS, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01726-AWI-EPG <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER <br><br> (ECF No. 8). |

Plaintiff DeeJeana Edwards ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2022, the assigned magistrate judge entered findings and recommendations recommending that this action be dismissed for failure to prosecute and comply with a court order. (ECF No. 8). Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (ECF No. 8 at 3). Plaintiff did not file objections or any other response to the findings and recommendations, and the deadline to do so has expired.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on July 20, 2022 (ECF No. 8) are adopted in full;
2. This action is dismissed without prejudice for failure to prosecute and failure comply with a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 13, 2022

_____
SENIOR DISTRICT JUDGE